Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## UNITED STATES DISTRICT COURT

for the

Central District of California ▾

FILED
CLERK, U.S. DISTRICT COURT

JAN - 8 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JERMOND DAVIS

Case No. 5:25-CV-00072-JGB(SHKx)

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

**-v-**

PUENTE HILLS NISSAN

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JERMOND DAVIS, Principal |
| Street Address | 333 N. Sunrise Way |
| City and County | Palm Springs, Riverside County |
| State and Zip Code | California 92262-9999 |
| Telephone Number | Write Only |
| E-mail Address | Write Only |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name             PUENTE HILLS NISSAN

    Job or Title *(if known)*    Debtor

    Street Address       17320 Gale Ave

    City and County     City of Industry, Los Angeles County

    State and Zip Code   California 91748

    Telephone Number   626-255-0378

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Uniform Commercial Code regarding negotiable instrumets, issues arrising out of the responsibilities of the parties involved, in addition regarding federal reserve compliance with federal banking regulations and discrimination for asserting consumer rights with consumer credit transactions.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* PUENTE HILLS NISSAN_____, is incorporated under the laws of the State of *(name)* CALIFORNIA_____,

    and has its principal place of business in the State of *(name)* CALIFORNIA_____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        b.      If the defendant is a corporation

              The defendant, *(name)*                                   , is incorporated under

              the laws of the State of *(name)*                         , and has its

              principal place of business in the State of *(name)*

              Or is incorporated under the laws of *(foreign nation)*

              and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

           The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
           36,000.00 plus the guaranteed equity attached to the account.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
Plaintiff, Jermond Davis, Principal by his Agent, Davis, Jermond Christopher tendered a bill of exchange for the full amount for closure of the account and to balance the account to zero by applying the principal balance to the principal account for offset. Defendent acknowledged the delivery and never applied the tender to the account to offset the debt obligation. Defendents aren't applying the interest owed to the principal for account adjusting and discriminating on plaintiffs secured party standing to this contractural obligation. Secured Party, herein plaintiff, issued the estate to establish the account and was due guarantee equity to balance the account but defendent isn't operating with clean hands and good faith, breaching the fiduciary duties and not complying with the laws.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Interest: request for contractural interest on the amount owed from the date of non-honoring until payment is made to adjust the account and provide secured party with all rights, titles, interest and guaranteed equity owed to the principal.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B.     For Attorneys

Date of signing:          12/18/2024

Signature of Attorney

Printed Name of Attorney     Davis, Jermond Christopher, Agent

Bar Number               N/A

Name of Law Firm         N/A

Street Address           333 N. Sunrise Way

State and Zip Code       California 92262

Telephone Number         Write Only

E-mail Address           Write Only

Davis, Jermond Christopher/ Agent
For: JERMOND DAVIS/ Principal
333 N. Sunrise Way
Palm Springs, CA 92262

January 1, 2025

Clerk of the court
United States District Court, Central District of California
312 N. Spring St
Los Angeles, CA 90012

**Re: Claim regarding refusal of tender**

Dear Clerk of the Court,

I Davis, Jermond Christopher/ Agent hereby on behalf of: JERMOND DAVIS/ Principal, I hereby
accept all rights, titles,interest and guaranteed equity owed to the principal. I am writing to
formally initiate a claim regarding the refusal of a tender made on behalf of the principal:
JERMOND DAVIS, to Puente Hills Nissan concerning a debt obligation.

**Background**
1. **Parties Involved**
   Jermond Davis
   v.
   Puente Hills Nissan
2. **Debt Obligation**
   Amount Owed: $34,626.63
   Nature of the debt [lease for 2024 Nissan Altima]
3. **Tender of Payment**
   On 12/1/2024 and 12/13/2024 and recently on 12/30/2024, I delivered a letter of tender,
   which included a bill of exchange, to Puente Hills Nissan [Cfo/ Frank Gonzalez] in an
   effort to fulfill my obligation in good faith with clean hands. Initially on 7/2/2024, I
   provided full payment via the collateral security that provided financing once I gave
   access to the estate [consideration] signed and dated when the consumer credit
   transaction for the credit sale was approved, it settled the whole debt. Puente hills
   Nissan, then recharged me with the intent to place a debt burden, to which my privacy
   rights have been violated, negative credit reporting, on my consumer credit file, hindering
   my ability to maintain great credit, by Puente Hills Nissan and it's internal third parties,
   without the consumer's consent. I recently became aware that I can tender the debt to
   which I did properly and it was denied unjustly and never applied, creating a breach of
   fiduciary trust by non-performance.
4. **Refusal of Tender**

Despite my valid tender, Puente Hills Nissan refused to accept the payment on both
occasions [12/01/2024] an [12/13/2024] the last notice is enroute, Puente Hills Nissan
has ignored the payments and never applied the principal balance to the principal
account to offset the debt obligation, kept the tender and remained to act as if my tender
was never delivered. This refusal was improper and not consistent with the terms of our
agreement.

**Legal Precedent**

I would like to reference the case Harris v. Jones (1967), which establishes that a valid tender,
when refused unjustifiably, may be seen as a fulfillment of the debtor's obligation. In this
instance, I have acted in good faith and with clean hands, and the refusal of my tender
constitutes a breach of the contractual obligation and satisfies the debt.

**Request for Relief**

I respectfully request that the court recognize my valid tender and the improper refusal by
Puente Hills Nissan. I seek the following relief:

1. A declaration that my tender was valid and should be considered as fulfilling my debt
   obligation.
2. Any other relief the court deems appropriate.

Thank you for your attention to this matter. I look forward to your prompt response.

Sincerely,

Davis, Jermond Christopher/ Agent
For: JERMOND DAVIS/ Principal [31 U.S.C. 3123]

EXHIBIT A



# PAYMENT HISTORY

| Customer Name: | Jermond Davis | Account Number: | 1200106489 |
|---|---|---|---|
| Amount Financed: | $ 36,576.16 | Principal Amount Paid: | $ 35,712.02 |
| Due Date: | 11/16/2024 | Interest rate: | 7.30% |
| Contract Date: | 07/02/2024 | Maturity date: | 07/16/2030 |

| Posting Date | Payment Amount(s) | Principal Paid | Interest Paid | New Principal Balance |
|---|---|---|---|---|
| 07/02/2024 | $36,576.16 | $36,576.16 | $0.00 | $36,576.16 |
| 10/04/2024 | $600.00 | $0.00 | $600.00 | $36,576.16 |
| 10/21/2024 | $634.00 | $423.70 | $210.30 | $36,152.46 |
| 11/26/2024 | $700.00 | $440.44 | $259.56 | $35,712.02 |



NEW

Attn: Court Clerk
U.S. District Court
Central District of California
312 N. Spring St.
Los Angeles, CA 90012

Davis, Jarmond C / Agent
For Jeamond Davis/ Principal
333 N. sunrise way
Palm Springs, CA 92262-0000

